UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61957-CIV-SINGHAL/VALLE

BROKE CATO,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS
INC., *et al.*,

    Defendants.

_____/

## **ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Settlement with Respect to Equifax Information Services, LLC (DE [23]).[1] Plaintiff and Defendant Equifax have settled their claims, but the claims against the other Defendants remain.

The Eleventh Circuit has held that Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits stipulation of dismissal of an entire *action*, not just particular *claims*. *Perry v. Schumacher Grp. of La.*, 891 F.3d 954, 958 (11th Cir. 2018). Accordingly, to clarify the scope of the claims moving forward in this litigation, Plaintiff shall move for leave to amend the Complaint to reflect the dropped Defendant and claims. *See id.* ("There are multiple ways to dismiss a single claim without dismissing an entire action. The easiest and most obvious is to seek and obtain leave to amend the complaint to eliminate the remaining claim, pursuant to Rule 15."); *see also Corley v. Long-Lewis, Inc.*, 965 F.3d 1222, 1236–

---

[1] As indicated in this Court's Notice of Court Practice (DE [5]), the Local Rules require that a notice of settlement "be filed and served jointly by counsel for all parties to the settlement." S.D. Fla. L.R. 16.4. The parties are cautioned again that, in the future, a unilateral notice of settlement will not terminate pretrial deadlines. *See* (DE [5]).

37 (11th Cir. 2020) (Pryor, William, C.J., concurring) (explaining various methods of dropping partial claims or parties). It is therefore

**ORDERED AND ADJUDGED** that Plaintiff shall move for leave to amend the Complaint **within 14 days** of the date of this Order to reflect the dropped Defendant and claims. In light of the settlement between Plaintiff and Defendant Equifax, Equifax's Joinder in Co-Defendant Trans Union, LLC's Motion to Dismiss Plaintiff's Complaint (DE [20]) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of October 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF