UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61957-CIV-SINGHAL/VALLE

BROKE CATO,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS
INC., *et al.*,

    Defendants.

_____/

## **ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Settlement with Respect to Defendant Experian Information Solutions, Inc. (DE [35]).[1] Plaintiff has settled her claims against Defendant Experian; only the claims against Defendant Trans Union LLC remain in this action. *See* (DE [24], [35]).

The Eleventh Circuit has held that Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits stipulation of dismissal of an entire *action*, not just particular *claims*. *Perry v. Schumacher Grp. of La.*, 891 F.3d 954, 958 (11th Cir. 2018). Accordingly, to clarify the scope of the claims moving forward in this litigation, Plaintiff shall move for leave to amend the Complaint to reflect the dropped Defendant and claims. *See id.* ("There are multiple ways to dismiss a single claim without dismissing an entire action. The easiest and most obvious is to seek and obtain leave to amend the complaint to eliminate the remaining

---

[1] As indicated in this Court's Notice of Court Practice (DE [5]), the Local Rules require that a notice of settlement "be filed and served jointly by counsel for all parties to the settlement." S.D. Fla. L.R. 16.4. The Court has already warned the parties once before that a notice of settlement must comply with Local Rule 16.4. *See* (DE [24], at 1 n.1). The Court expects strict compliance with all Court practices and Orders.

claim, pursuant to Rule 15."); *see also Corley v. Long-Lewis, Inc.*, 965 F.3d 1222, 1236–37 (11th Cir. 2020) (Pryor, William, C.J., concurring) (explaining various methods of dropping partial claims or parties). It is therefore

**ORDERED AND ADJUDGED** that Plaintiff shall move for leave to amend the Complaint **within 15 days** of the date of this Order to reflect the dropped Defendant and claims.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of January 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF